# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Steve Riley,

        Plaintiff,

v.

Nancy A. Berryhill, Acting Commissioner of Social Security,

        Defendant.

Civil No. 16-cv-2779 (PJS/TNL)

**ORDER**

---

Steve Riley, 801 21st Avenue, #106, Minneapolis, MN 55411 (*pro se* Plaintiff); and

Pamela Marentette, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 29, 2017 (ECF No. 32), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 22) is **DENIED**.

2. The Commissioner's Motion for Summary Judgment (ECF No. 23) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 30, 2018

                                                  s/Patrick J. Schiltz
                                                  The Honorable Patrick J. Schiltz
                                                  United States District Court Judge
                                                  for the District of Minnesota